IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>V.<br><br>**ORLANDO ROSA RODRIGUEZ**<br><br>Defendant | CRIM. NO. 97-082(SEC)<br>    <u>DEFENDANT #36</u><br><br>CRIM. NO. 98-009 (SEC)<br>    <u>DEFENDANT #10</u><br><br>CONSOLIDATED CASES |

**APPEARANCE OF COUNSEL AND REQUEST FOR ORDER TO THE
CLERK'S OFFICE FOR PRODUCTION OF COPIES OF ORDERS**

TO THE HONORABLE COURT:

Now comes the above-captioned defendant through his undersigned counsel and respectfully states and prays as follows:

1. The defendant in this case retained the services of the undersigned as of April 7, 2004 and counsel Marlene Aponte produced and returned the entire case file to the defendant, through Mr. Inserni. A professional service contract was signed by the defendant and his mother on said date.

2. A statement attesting to the fact that the defendant has retained the undersigned counsel was signed by the defendant at MDC Guaynabo on March 3, 2005 and is submitted herein as Exhibit I to this motion.

3. The herein defendant respectfully prays that the Honorable Court, in order to allow Mr. Inserni to fully familiarize himself with the case docket and the documents pertinent to post sentence matters, instruct the Clerk's Office to produce a series of sealed documents which are not in the file delivered by Ms.

Marlene Aponte.

4. The defendant needs to address a post sentence issue that is strictly related to the consolidation of these two criminal cases, as far back as August 1998. Therefore, defendant prays that the Honorable Court order the Clerk of court to provide undersigned counsel with copies of the following documents identified with their docket numbers, most of which are sealed:

<u>In Cr. No. 98-009 (CCC)</u>: copies of docket 132 and the sealed order disposing of docket 132.
<u>In Cr. No. 97-082 (SEC)</u>:docket numbers: 1356, 1357, 2695,
the orders resolving dockets 2694 and 2695, 2764;
docket Nos. 3119, 3121, 3123, 3124,
the order resolving 3120-3121, 3122, 3124, 3134 & 31355.

5. The defendant respectfully prays that pursuant to Rule 2 of the Federal Rules of Criminal Procedure, undersigned be allowed to receive copies of the above referenced documents through his newly retained counsel, Frank D. Inserni.

WHEREFORE defendant respectfully prays that the remedy sought above be granted.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 7th day of March 2005.

I HEREBY CERTIFY THAT THIS MOTION HAS BEEN ELECTRONICALLY FILED THROUGH ECF WITH THE CLERK OF THE COURT.

S/ <u>FRANK D. INSERNI MILAM</u>
**FRANK D INSERNI**
**USDC-PR 127807**
COUNSEL FOR PLAINTIFF
P O BOX 193748, HATO REY PR 00919-3748
TELEPHONES (787)-759-7440/763-3851/FAX: 787-763-5223
E-mail: finserni@tld.net

C:\OLD486\WPDOCS\motions\Rosa Rodriguez, O.    APPEARANCE OF COUNSEL 3-07-05.doc