Yo, Orlando Rosas Rodríguez, mayor de edad, soltero y confinado Federal #14888-069, y vecino de MDC-Guaynabo, bajo pena de perjurio declaro como sigue:

1. Soy de las circunstancias personales arriba expuestas.

2. Por la presente autorizo a mi abogado, Frank Inserni Milam examinar y obtener copias de mis expedientes (+2) criminales en los casos #'s 97-053 (SEC)(US v. La Cayala et.al.) y el 98-009 (CC)(US v. Angel Custodio (Jan. et.al.)

3. Hace aproximadamente un año que la Lcda. Maria del Carmen Cabrera le entregó mis expedientes al Ldo. Inserni, luego de yo contratar a éste. En dichos expedientes no aparecen ciertos documentos sellados que me urgen verlos.

4. Hoy esta declaración bajo pena de perjurio y para todos los fines legales pertinentes.

En MDC-Guaynabo a 3 de marzo de 2005.

_Orlando Rosas Rodríguez_
Orlando Rosas Rodríguez
Reg. No. 14888-069   U y C