IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>1) JOSE A. CUSTODIO-COLON, a/k/a Giligan<br>(Counts 1 and 2)<br>2) ROSA MARTINEZ PLAZA, a/k/a Poly<br>(Count 1)<br>3) PEDRO DE JESUS MATEO, a/k/a Peyo<br>(Count 1)<br>4) RUBEN COLON-CRUZ (Count 1)<br>5) ROBERT A. TORRES COLUDRO<br>(Count 1)<br>6) JOSE RAFAEL RIVERA-GARCIA, a/k/a Rafa<br>7) WILSON VEGA-ROSADO<br>8) NELSON BORRERO-MARTINEZ<br>(Count 1)<br>9) ANA FLORES GONZALEZ, ak/a ROSITA, [wife or common law wife of José Custodio-Colón, a/k/a Giligan, described as a light skinned female, approx. 27 years old, approx 5'5"-5'7", black hair]<br>**10) ORLANDO ROSA-RODRIGUEZ**<br>(Count 1)<br>11) DARMIS LUGO-RODRIGUEZ T/N JUDITH IDALMIS LUGO-RODRIGUEZ<br>(Count 1)<br>12) EDWIN GUTIERREZ-RENTAS<br>13) MANUEL MEDINA-ROSADO<br>14) IRVING TORRES-GONZALEZ<br>15) DANNY GUZMAN-CORREA<br>16) EDWIN TORO-CASTILLO<br>Defendants | CRIMINAL 98-009CCC |

CRIMINAL 98-0009CCC 2

# O R D E R

Having considered the Appearance of Counsel and Request for Order to the Clerk's Office for Production of Copies of Orders filed by defendant Orlando Rosa-Rodríguez on March 8, 2005 (**docket entry 591**), the same is NOTED and GRANTED, subject to the payment by defendant of the costs of reproduction.

SO ORDERED.

At San Juan, Puerto Rico, on March 30, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge