Orlando Rosas Rodriguez
Reg. No. 14888-069
MDC Guaynabo
P.O. Box 2147
San Juan, PR 00922

February 6, 2006

Hon. Judge Carmen Conzuelo Vargas de Cerezo
United States District Court
District of Puerto Rico
Room 150 Federal BLDG
San Juan, PR 00918

RE: <u>USA vs ORLANDO ROSAS RODRIGUEZ Cr. No. 98-009 (CCC)</u>

Dear Honorable Judge:

 Greetings. Please allow me to start this letter by thanking you for your time. I want to express myself to you and as such I am writing you this day.

 When I came to jail some time ago, my children were at the age where they simply did not ask questions. Now, I hear them daily, they ask me when I am coming home. That is an question which I can not in truth answer.

 The Bureau of Prisons have indicated that they simply need a modified order reflecting a **NUNC PRO TUNC** AMENDMENT which has been displayed by many Defence motions sent to this Honorable Court. I am not at odds with the Bureau of Prisons, as such the Bureau informed me of what they need to calculate the sentence as the Court, Defendant and Prosecution had intended.

 You may recall your former order which was **Granted** on 8/19/98 which I have enclosed for your reflection.

 It is my most sincere concern that this situation has a resolve. I am a Father and would like to tell my children when I am coming home. With that in mind, I am respectfully requesting that you consider motions which have been filed but not ruled on since their filling in August of 2005. I would most humbley request that the Court please enter a **NUNC PRO TUNC** AMENDMENT persuant to the facts in the August 2005 motions requesting such, those motions that have been answered.

 In closing, I would like to thank the Court for it's valuable time and consideration. I will look forward to hearing from the Court at it's convenience. Again, my most sincere and undivided thanks for your time.

Respectfully Submitted,

*Orlando Rosas Rodriguez*

Orlando Rosas Rodriguez