IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br><br>1) JOSE A. CUSTODIO-COLON, a/k/a Giligan<br>(Counts 1 and 2)<br>2) ROSA MARTINEZ PLAZA, a/k/a Poly<br>(Count 1)<br>3) PEDRO DE JESUS MATEO, a/k/a Peyo<br>(Count 1)<br>4) RUBEN COLON-CRUZ (Count 1)<br>5) ROBERT A. TORRES COLUDRO<br>(Count 1)<br>6) JOSE RAFAEL RIVERA-GARCIA, a/k/a Rafa<br>7) WILSON VEGA-ROSADO<br>8) NELSON BORRERO-MARTINEZ<br>(Count 1)<br>9) ANA FLORES GONZALEZ, ak/a ROSITA, [wife or common law wife of José Custodio-Colón, a/k/a Giligan, described as a light skinned female, approx. 27 years old, approx 5'5"-5'7", black hair]<br>**10) ORLANDO ROSA-RODRIGUEZ**<br>(Count 1)<br>11) DARMIS LUGO-RODRIGUEZ T/N JUDITH IDALMIS LUGO-RODRIGUEZ<br>(Count 1)<br>12) EDWIN GUTIERREZ-RENTAS<br>13) MANUEL MEDINA-ROSADO<br>14) IRVING TORRES-GONZALEZ<br>15) DANNY GUZMAN-CORREA<br>16) EDWIN TORO-CASTILLO<br>Defendants | CRIMINAL 90-0009CCC |

CRIMINAL 98-0009CCC                    2

O R D E R

Having considered the Motion for Nunc Pro Tunc Amendment of Judgment Imposed on September 29, 2000 filed by defendant Orlando Rosa-Rodríguez on August 10, 2005 (**docket entry 597**), the United States' Reply to Defendant's Motion filed on August 23, 2005 (**docket entry 598**), and the Motion to Supplement and Clarify Docket # 597 filed by defendant Rosa-Rodríguez on August 26, 2005 (**docket entry 599**), as well as the Plea and Forfeiture Agreement of defendant Rosa-Rodríguez filed on August 28, 1998 (docket entry 177), the same is DENIED. In essence, what defendant is requesting now is that the sentence imposed in this case not only be concurrent with the sentence imposed in Crim. No. 97-82(SEC), but also coterminous.[1]  Said condition was not contemplated by the parties in their Plea Agreement (see docket entry 177, at ¶8(j), nor did the Court intend to apply it when it sentenced defendant.

SO ORDERED.

At San Juan, Puerto Rico, on March 3, 2006.

S/CARMEN CONSUELO CEREZO
United States District Judge

---

[1]  Coincident or coextensive in range, scope, limit, time or duration.  Webster's Third New International Dictionary.