IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff;

vs

Cr. No. 98-009 (CCC)

ORLANDO ROSAS RODRIGUEZ,
Defendant.

### DEFENDANT'S PRO SE MOTION AMMENDING THE DEFENSES "MOTION FOR LEAVE TO REPLY TO DOCKET 601 AND REPLY THERETO"

COMES NOW the Defendant ORLANDO ROSAS RODRIGUEZ Pro se by special visitation, asking and begging this Honorable Court to allow the following ammendments:

1. In caption 6 (b) the motion reads "the Defendant was incarcerated at MDC Guaynabo ever since June 4, 1997.." The Defendant contends that date is unrelevant, rather the Defendant wishes to ammend the date to be May 14, 1999. The Defendant's understanding of the date May 14, 1999 is persuant to the **GRANTED**, "MOTION REQUESTING PERMISSION TO HAVE MAGISTRATE DELGADO TAKE CHANGE OF PLEA AND FOR CONSOLIDATION OF CASES".

2. While it is true, the Defendant had been held in the MDC Guaynabo since June 4, 1997, the Defendant is not seeking time from that date. Subsequently the Defendant had been serving a state sentence as such he

(page 1 of 2)

would not be elligible for credit from his state sentence to be applied to his Federal sentence. The Defendant, after meeting with BOP employees, specifically Mr. Caban, was told in connection with the "ORDER TO CONSOLIDATE", to reflect May 14, 1999 (entered / GRANTED) August 19, 1998, that in order for BOP to correctly calculate to reflect a consolidation, that the Court would have to issue a NUNC PRO TUNC AMENDMENT.

3. **At no time** the Defendant ever questionated BOP Policy. The Defendant approached the court **only after directed by BOP**. Not in any hostile act, and for that matter not challenging BOP, simply complying with their direction: to seek a NUNC PRO TUNC AMENDMENT.

   WHEREFORE the Defendant ORLANDO ROSAS RODRIGUEZ Pro se by special visitation prays this Honorable Court will consider the foregoing ammendments.

                                    Respectfully Submitted,

3-02-06                             *Orlando Rosas Rodriguez*

Date                                Orlando Rosas Rodriguez
                                    Reg. No. 14888-069
                                    MDC Guaynabo
                                    P.O. Box 2147
                                    San Juan, PR 00922-2147