IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>V.<br><br>**ORLANDO ROSA RODRIGUEZ**<br><br>Defendant | CRIM. NO. 98-009 (SEC)<br><u>DEFENDANT #10</u> |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

TO THE HONORABLE COURT:

Now comes the above-captioned defendant through his undersigned counsel and respectfully states and prays as follows:

1. On March 7, 2006 the captioned defendant personally requested that undersigned counsel withdraw as counsel based on issues and differences regarding the attorney's participation in the post-sentence motions filed herein.

2. Undersigned counsel in compliance with the defendant's request respectfully prays that the Honorable Court grant leave for the undersigned to withdraw as counsel for Mr. Orlando Rosa Rodríguez.

3. Undersigned counsel has kept the defendant informed of the status of his case and on this same day has sent him a copy of the most recent docket entries of the case together with the court's Order dated march 3, 2006 (docket 604). The defendant 's last known address is as follows:  Orlando Rosa Rodríguez, Reg. No. 14888-069, Unit 4-C, MDC Guaynabo, P. O. Box 2147, San Juan, P. R. 00922-2147.

WHEREFORE, in the spirit of Rule 2 of the Federal Rules of Criminal Procedure and the ABA's Model Rules of Professional Ethics, undersigned counsel and the defendant respectfully pray that the remedy sought above be granted.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 14th day of March 2006.

I HEREBY CERTIFY THAT THIS MOTION HAS BEEN ELECTRONICALLY FILED THROUGH THE ELECTRONIC FILING SYSTEM WITH THE CLERK OF THE COURT.

S/ FRANK D. INSERNI MILAM
**FRANK D INSERNI MILAM**
**USDC-PR 127807**
P O BOX 193748
SAN JUAN PR 00919-3748
TELEPHONES (787)-759-7572/763-3851/FAX: 787-763-5223
E-mail: finserni@prtc.net

motions\Rosa Rodriguez, O.   mtowithdraw 31406