IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs<br><br>1) JOSE A. CUSTODIO-COLON, a/k/a Giligan<br>(Counts 1 and 2)<br>2) ROSA MARTINEZ PLAZA, a/k/a Poly<br>(Count 1)<br>3) PEDRO DE JESUS MATEO, a/k/a Peyo<br>(Count 1)<br>4) RUBEN COLON-CRUZ (Count 1)<br>5) ROBERT A. TORRES COLUDRO<br>(Count 1)<br>6) JOSE RAFAEL RIVERA-GARCIA, a/k/a Rafa<br>7) WILSON VEGA-ROSADO<br>8) NELSON BORRERO-MARTINEZ<br>(Count 1)<br>9) ANA FLORES GONZALEZ, ak/a ROSITA, [wife or common law wife of José Custodio-Colón, a/k/a Giligan, described as a light skinned female, approx. 27 years old, approx 5'5"-5'7", black hair]<br>**10) ORLANDO ROSA-RODRIGUEZ**<br>(Count 1)<br>11) DARMIS LUGO-RODRIGUEZ T/N JUDITH IDALMIS LUGO-RODRIGUEZ<br>(Count 1)<br>12) EDWIN GUTIERREZ-RENTAS<br>13) MANUEL MEDINA-ROSADO<br>14) IRVING TORRES-GONZALEZ<br>15) DANNY GUZMAN-CORREA<br>16) EDWIN TORO-CASTILLO<br><br>Defendants | CRIMINAL 90-0009CCC |

CRIMINAL 98-0009CCC               2

# O R D E R

The letter-motion dated February 6, 2006 filed by defendant Orlando Rosa-Rodríguez (docket entry 600) is a pro-se motion improperly filed by him, since not only is defendant being represented by counsel, but the matters he raises in the letter-motion are the same issues contained in the Motion for Nunc Pro Tunc Amendment of Judgment filed by his counsel (docket entry 597), later supplemented (docket entry 599), which the Court denied on March 3, 2006 (docket entry 604).

Similarly, the Pro-Se Motion filed by defendant on March 6, 2006 (docket entry 605) was also improperly filed by him, since he is being represented by counsel. Accordingly, both motions (**docket entries 600 & 605**) are ORDERED STRICKEN from the record.

SO ORDERED.

At San Juan, Puerto Rico, on May 1, 2006.

S/CARMEN CONSUELO CEREZO
United States District Judge